UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 12-2548
_____

UNITED STATES OF AMERICA,
Appellant

v.

HARRY KATZIN; MICHAEL KATZIN; MARK LOUIS KATZIN, SR.


PRESENT:   McKEE, Chief Judge,  RENDELL, AMBRO, FUENTES, SMITH, FISHER, CHAGARES, JORDAN, HARDIMAN, GREENAWAY, JR., VANASKIE, SHWARTZ and VAN ANTWERPEN[1] Circuit Judges

**ORDER**

A majority of the active judges having voted for rehearing *en banc* in the above captioned case, it is ordered that the petition for *en banc* rehearing is GRANTED.  The Clerk of this Court shall list the case for rehearing *en banc* May 28, 2014.  The opinion and judgment entered October 22, 2013 are hereby vacated.

By the Court,


  /s/ Theodore A. McKee
Chief Circuit Judge

Dated:        December 12, 2013
ARL/cc:      EM; TMZ; RAZ; TAD; WAD; RCC; CNC;
                  NW; BEW; SJR; WJW; HMF; MH; PG

_____

[1]Will participate as a member of the en banc court pursuant to 3d. Cir. I.O.P. 9.6.4.